1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  STEVE DOBBS,                                    No. CIV S-08-3129-CMK

12          Plaintiff,

13      vs.                                         ORDER

14  COMMISSIONER OF SOCIAL
    SECURITY,
15
            Defendant.
16
                                          /
17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19  review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

20  December 24, 2008, the court granted plaintiff's motion for leave to proceed in forma pauperis.

21  That order required plaintiff to submit to the United States Marshal, within 15 days of the date of

22  service of the order, a completed summons and copies of the complaint, and file a statement with

23  the court that said documents have been submitted.  As of January 28, 2009, plaintiff had not

24  complied and the court directed him to show cause why this action should not be dismissed.  See

25  Doc. 6.  On the same day, but after the order to show cause was entered on the court's docket and

26  / / /

1

1  served, plaintiff filed the required notice.  See Doc. 7.  The order to show cause is, therefore,
2  discharged.
3          IT IS SO ORDERED.

5   DATED:  February 5, 2009

        _____
        **CRAIG M. KELLISON**
        UNITED STATES MAGISTRATE JUDGE