BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE DOBBS**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>　　　　**Defendant.** | Case No.  CIV-08-3129 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 22, 2009, to August 25, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid August 2009.

/ / / /

/ / / /

/ / / /

1

Dated: June 22, 2009

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: June 22, 2009

Lawrence G. Brown

Acting United States Attorney

*/s/ Sarah Lynn Ryan by Elizabeth Firer*
SARAH LYNN RYAN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  June 25, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2