1 | BESS M. BREWER, #100364
  | LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
  | P.O. Box 5088
3 | Sacramento, CA 95817
  | Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE DOBBS** ) | Case No.  CIV-08-3129 CMK |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended September 22, 2009.   This extension is required because Plaintiff's counsel fell behind in her briefing as a result of being out sick the week of August 10, 2009, and was unable to file Mr. Dobb's summary judgment as scheduled.  Counsel requests that the time to file Mr. Dobbs's  Summary Judgement Motion and Memorandum  be extended until September 22, 2009

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: September 15, 2009 | */s/Bess M. Brewer* |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |

Dated: September 15, 2009        Lawrence G. Brown

　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　*/s/ Sarah Lynn Ryan by Elizabeth Firer*
　　　　　　　　　　　　　　　SARAH LYNN RYAN
　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 21, 2009

　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE