LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEVE DOBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:08-cv-3129 CMK<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    The ALJ will further evaluate the evidence, including claimant's subjective complaints and credibility, specifically evaluate the statements provided by third party witness Carmen Pacheco (Tr. 104-110) in accordance with provisions of SSR 96-7p and SSR 06-3p; reconsider the claimant's maximum RFC; reconsider whether the claimant could return to his past relevant work and/or a significant number of other jobs given his RFC; and obtain evidence from a vocational expert to clarify the effect of the assessed limitations on claimant's occupational base.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                    Respectfully submitted,

Dated: October 28, 2009         /s/ *Bess Brewer*
                                   (As authorized via email)
                                   BESS BREWER
                                   Attorney for Plaintiff

Dated: October 28, 2009         LAWRENCE G. BROWN
                                   United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   /s/ *Shea Lita Bond*
                                   SHEA LITA BOND
                                   Special Assistant U.S. Attorney

IT IS SO ORDERED:

  DATED: November 3, 2009

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE