1 BENJAMIN B. WAGNER
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
3 Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
4 Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
7     E-Mail: Shea.Bond@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEVE DOBBS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 2:08-cv-3129 CMK <br><br> STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    The previously filed Motion and Memorandum in Support of Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act is hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND TWO HUNDRED dollars and 00/100 cents ($5,200.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND TWO HUNDRED dollars and 00/100 cents ($5,200.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: February 9, 2010
/s/ *Bess Brewer*
*(As authorized via email)*
BESS BREWER
Attorney for Plaintiff

Dated: February 9, 2010
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED. The Clerk of the Court is directed to terminate Doc. 24 as a pending motion:**

DATED: February 10, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE